UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RUIZ,<br><br>             Petitioner,<br><br>     v.<br><br>CONNIE GIPSON, Warden,<br><br>             Respondent. | Case No.: 1:14-cv-00224-LJO-JLT<br><br>ORDER TO SHOW CAUSE WHY THE STAY SHOULD NOT BE LIFTED FOR RESPONDENT'S FAILURE TO SUBMIT STATUS REPORTS<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## PROCEDURAL HISTORY

The instant petition was filed on February 20, 2014. (Doc. 1). Along with the filing of the petition, Petitioner filed a motion to stay proceedings in order to exhaust claims in state court. (Doc. 2). On February 24, 2014, the Court granted the stay request, with specific instructions that Petitioner was to file regular status reports regarding Petitioner's efforts to exhaust. (Doc. 5). On June 23, 2014, Petitioner filed his one and only status report, indicating that he had filed a habeas petition in the Superior Court on May 22, 2014. (Doc. 10). Petitioner has not communicated with the Court since June 23, 2014.

///

1  Accordingly, Petitioner is **ORDERED** required to SHOW CAUSE, within thirty days of the
2  date of service of this Order, why the stay should not be lifted and the proceedings resume due to
3  Petitioner's failure to file regular status reports as required by the order dated February 24, 2014.

5  IT IS SO ORDERED.

6  Dated:   **December 10, 2014**               /s/ Jennifer L. Thurston
7                                                                    UNITED STATES MAGISTRATE JUDGE